Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN RAY DAVIS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PANERA, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:20-cv-02223-JLS-AHG<br><br>Hon. Judge Janis L. Sammartino<br>Courtroom 4D (4th floor)<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: November 13, 2020<br>Trial Date: None set |

Plaintiff Freeman Ray Davis ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: March 25, 2021

Respectfully submitted,

_____
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and the proposed class*